## E. TIRCUIT *v.* E. PELANNE et al.

In an action of boundary the costs should be equally divided between the parties, unless there is proof
of a demand on one side, and refusal on the other to settle the boundary amicably.

APPEAL from the District Court of the Parish of Pointe Coupée, *Harralson,* J.
*A. Provosty,* for plaintiff. *T. J. & W. H. Cooley,* for defendants and appel-
lants.

BUCHANAN, J. This is an action of boundary.

The line of division of the properties of plaintiff and defendants, being the north
line of township 4 south, range 9 east, in the south-eastern district of the State of
Louisiana, west of the Mississippi river, was run by a surveyor under an order of
court, and with the consent of both parties.

The defendants opposed the report of said surveyor, principally on the ground,
that it gave the preference to a later survey of the officers of the surveying depart-
ment of the land office of the United States, over a more ancient survey of that
department.

We do not find this objection sustained by the evidence.

The appellee, in an answer to the appeal, prays an amendment of the judgment
of the court below, which divides the costs equally between the parties. He asks
us to throw all the costs upon defendants ; and relies upon the cases of *Andrews*
v. *Knox,* 10th An. 604, and *Lawes* v. *Watson,* 12th An. 216.

In the cases cited, the defendants were condemned to pay the costs, because
they had refused to settle their boundaries amicably, and had forced thereby
their neighbors to institute suit. We find no proof in this record of a demand on
one side and refusal on the other to settle the boundary amicably.

The authorities quoted are not applicable.

Judgment of the District Court affirmed ; the costs of the lower court to be borne
one half by plaintiff and one half by defendants, those of appeal to be paid by
the appellants, *Raymond Pelanne* and *Pierre Pelanne.*